IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**                                                                      **PLAINTIFF**

v.                                           **Case No: 4:20-cv-01412 BRW**

**WILLIAMS,** *et al.*                                                                          **DEFENDANTS**

## ORDER

On February 9, 2021, United States Magistrate Judge Patricia Harris entered an order informing Mr. Robertson that he must file an application to proceed *in forma pauperis* ("IFP") that reflects his free-world financial status or pay the full filing and administrative fees within 30 days.[1]  Mr. Robertson was warned that his complaint may be dismissed if he did not do so.  It has been over 30 days since Mr. Robertson was directed to file a free-world IFP application or pay the full filing and administrative fees, and he has not done so. Accordingly, this case is DISMISSED without prejudice for failure to comply with Local Rule 5.5(c)(2), failure to respond to court orders, and for failure to prosecute.[2]

IT IS SO ORDERED this 23rd day of March, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 8.

[2] *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).