IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**                                                                 **PLAINTIFF**

v.                                   **Case No: 4:20-cv-01412 BRW**

**WILLIAMS,** *et al.*                                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order filed today, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 23rd day of March, 2021.

                                                     Billy Roy Wilson
                                                     UNITED STATES DISTRICT JUDGE